IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01088-KLM

STEVEN C. HARRIS,

    Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [33] filed on July 26, 2022 by the Honorable Magistrate Judge Kristen L. Mix, and incorporated herein by reference as if fully set forth, it is

ORDERED that Motion for Summary Judgment [32] is GRANTED. It is

FURTHER ORDERED that the Court enters final judgment in favor of Defendant American Furniture Warehouse Company on Plaintiff's sole remaining claim of racial discrimination. It is

FURTHER ORDERED that the Clerk of Court is directed to close this case.

    DATED at Denver, Colorado July 26, 2022.

                                        FOR THE COURT:

                                        Jeffrey Colwell, Clerk

                                        By s/ Laura Galera
                                            Deputy Clerk